MABEL S. PAOLOZZI *v.* PETER SCHAAF

ALCORN, C. J., HOUSE, COTTER, THIM and RYAN, Js.

Argued October 7—decided October 23, 1970

*Edward F. Halloran,* for the appellant (defendant).

*Michael P. Koskoff,* with whom, on the brief, was *Theodore I. Koskoff,* for the appellee (plaintiff).

Per Curiam. The question on this appeal involves issues of fact, and the verdict of the jury was a result reasonably reached on a permissible view of the evidence.

There is no error.